IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORISTS' TRANSWORLD DELIVERY, INC.,

    Plaintiff,

v.

DANIEL CISNEROS,

    Defendant.

No. C 09-80269-MISC JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: October 6, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE