UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., a foreign corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DANIEL CISNEROS, an individual,<br><br>　　　　　Defendant. | Case No.: 3:09-MC-80269 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION STAYING ROGER COHEN'S MOTION TO QUASH SUBPOENA DUCES TECUM TO YAHOO! INC.**<br><br>Judge: Susan Illston, Courtroom 10 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[Proposed] Order Granting Stip to Stay
Mtn. to Quash Subpoena to Yahoo! Inc.
1:09-MC-80269 SI

-1-

1  Upon Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
2  that:
3     1. The "occurrence" date for the pending motion is hereby VACATED.
4     2. The motion to quash by Roger Cohen is STAYED, without prejudice, pending
5        resolution of related issues by the U.S. District Court for the Northern District of
6        Illinois, and Roger Cohen may re-notice the motion on the Court's calendar in
7        accordance with the local rules.
8     3. Yahoo shall maintain and preserve all emails, content, communications, records
9        and other information pertaining to Cohen during the pendency of the motion to
10       compel Cohen in the United States District Court, Northern District of Illinois,
11       and during the pendency of this miscellaneous action.
12    4. Joint status report due to this Court on or before January 15, 2010.
13    IT IS SO ORDERED.

15 Dated: November ___, 2009

                                                   The Honorable Susan Illston
                                                   United States District Judge

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I, Cherie Parker, declare:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action. My business address is 1917 Palomar Oaks Way, Suite 300, Carlsbad, CA 92008.

On November 6, 2009, I served the following items: **[PROPOSED] ORDER GRANTING STIPULATION TO STAYING ROGER COHEN'S MOTION TO QUASH SUBPOENA DUCES TECUM TO YAHOO! INC.** on the person(s) identified as follows:

| | |
|---|---|
| Yahoo!, Inc. Legal Department<br>701 First Avenue<br>Sunnyvale, CA 94089<br>Telephone: (408) 349-7941<br>Facsimile: (408) 349-3687 | Yahoo!, Inc. |
| Eugene K. Hollander, Esq.<br>The Law Offices of Eugene K. Hollander<br>33 North Dearborn, Suite 2300<br>Chicago, IL 60602<br>Telephone: (312) 425-9100<br>Facsimile: (312) 899-8003<br>Email: ehollander@ekhlaw.com | Attorney for Defendant, DANIEL CISNEROS |

by placing said items in sealed envelopes, first class mail, postage prepaid, and depositing said envelopes in a United States Post Office mailbox for mailing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of November, 2009, at Carlsbad, California.

_/s/ Cherie Parker_
Cherie Parker