# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL CISNEROS<br><br>　　　　　Defendant. | Case No:  3:09-MC80269 SI<br><br>[Underlying Case No. 1:09-CV-05934 Action pending in Northern District of Illinois]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 19, 2010<br>Time: 3:00 p.m. |

Upon Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 19, 2010, at 3:00 p.m. be CONTINUED to May  14 , 2010, at  3 p.m.  .

IT IS SO ORDERED.

Dated: March ___, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 1:09-CV-05934
ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS

SFCA_1691255.1