1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC.<br><br>            Plaintiff,<br><br>      v.<br><br>DANIEL CISNEROS<br><br>            Defendant. | Case No: 3:09-MC80269 SI<br><br>[Underlying Case No. 1:09-CV-05934 Action pending in Northern District of Illinois]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: May 14, 2010<br>Time: 3:00 p.m. |

Upon Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 14, 2010, at 3:00 p.m. be CONTINUED to August _6_, 2010, at _3:00_.

IT IS SO ORDERED.

Dated: May ___, 2010

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 1:09-CV-05934
ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS
N.D. CAL -- 3:09-MC80269 SI

SFCA_1691255.1