NEIL D. GREENSTEIN CA BAR NO.123980
    ndg@techmark.com
**TECHMARK**
1917 PALOMAR OAKS WAY, SUITE 300
CARLSBAD, CA  92008
TELEPHONE:     408.280.2228, X303
FACSIMILE:      408.280.2250

ATTORNEYS FOR FLORISTS' TRANSWORLD DELIVERY, INC.

ANDREW B. SERWIN CA Bar No. 179493
    aserwin@foley.com
PAGE R. BARNES CA Bar No. 154539
    pbarnes@foley.com
SHARON MOLLMAN ELLIOTT [Pro Hac Vice Pending]
    selliott@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104
TELEPHONE:     415.434.4484
FACSIMILE:      415.434.4507

ATTORNEYS FOR NON-PARTY ROGER COHEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC.<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CISNEROS<br><br>Defendant. | Case No:  3:09-MC80269 SI<br><br>[Underlying Case No. 1:09-CV-05934 Action pending in Northern District of Illinois]<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (INCLUDING STATUS REPORT)**<br><br>Date:  August 4, 2010<br>Time:  2:00 p.m. |

This Request for continuance is submitted in accordance with the Notice setting a case management conference in this matter on August 4, 2010.

This matter arises out of subpoena duces tecum issued in connection with a case pending in the Northern District of Illinois ("the Underlying Action"). The subpoena duces tecum was directed to Yahoo! Inc. ("Yahoo!") by Plaintiff Florists Transworld Delivery, Inc. ("FTD"). The

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE- 1:09-CV-05934 ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS, N.D. CAL-3:09-MC80269 SI

SFCA_1691255.2

subpoena sought, among other things, electronic communications relating to non-party Roger Cohen's ("Cohen") Yahoo! email account relating to the Underlying Action. Cohen filed a motion to quash the subpoena.

A subpoena duces tecum was also served directly on Cohen in the underlying action. Cohen agreed to submit to the jurisdiction of Judge Rebecca Pallmeyer for the purpose of having discovery disputes in the underlying action resolved.

Because Cohen and FTD anticipated that the discovery disputes might be resolved in connection with the subpoena in the underlying action, the parties stipulated to a stay of Cohen's motion to quash the subpoena to Yahoo!

Since the motion to quash was stayed, there has been significant activity by the parties in the Underlying Action, including, an agreement and protocol for forensic examining firm, Kroll OnTrack, to conduct a forensic examination of Cohen's work computer, certain discovery, and additional hearings before the N.D. Illinois. The case was then referred to a Magistrate for settlement proceedings. Prior to the settlement conference there was a re-assignment of the Magistrate which resulted in a continuance of that hearing. Pending efforts to settle this matter, the parties deferred additional discovery in the underlying action relating to Cohen's personal emails.

Defendant, Daniel Cisnero's counsel moved to withdraw from the case and a motion was heard on that today. The Court denied the motion pending a previously scheduled deposition of Mr. Cisneros' wife, but indicated the motion would be granted thereafter. In addition, the N.D. Illinois Magistrate Judge today issued an order for a further status conference on August 17, 2010 (see attached ECF notice). In view of the proceedings in the underlying Illinois action, Cohen and FTD respectfully request that this matter be continued for a minimum of an additional 60 days; preferably 90 days.

A proposed order is being submitted herewith.

Dated: July 28, 2010

NEIL D. GREENSTEIN
TECHMARK

By: _____
ATTORNEYS FOR FLORISTS'
TRANSWORLD DELIVERY, INC.

Dated: July 28, 2010

**FOLEY & LARDNER LLP**

By: _____/s/ Page R. Barnes_____
PAGE R. BARNES

ATTORNEYS FOR ROGER COHEN

The case management conference has been continued to Friday, November 5, 2010, at 2:30 p.m.

The motion to quash is deemed withdrawn w/o prejudice and shall be refiled when/as needed.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE-1:09-CV-05934
ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS
N.D. CAL-3:09-MC80289 SI

SFCA_1691255.2