UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL CISNEROS<br><br>　　　　　Defendant. | Case No: 3:09-MC80269 SI<br><br>[Underlying Case No. 1:09-CV-05934 Action pending in Northern District of Illinois]<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: November 5, 2010<br>Time: 2:30 p.m. |

Upon Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 5, 2010, at 2:30 p.m. be CONTINUED to  12/09/10 , at  2:30 pm.

IT IS SO ORDERED.

Dated: November  1 , 2010

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
CASE NO. 1:09-CV-05934
ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS

SFCA_1691255.1