1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC.<br><br>                Plaintiff,<br><br>        v.<br><br>DANIEL CISNEROS<br><br>                Defendant. | Case No:  3:09-MC80269 SI<br><br>[Underlying Case No. 1:09-CV-05934 Action pending in Northern District of Illinois]<br><br>**[PROPOSED] ORDER CONDITIONALLY DISMISSING SUBJECT TO ORDER FOR YAHOO! TO MAINTAIN SUBPOENAED DOCUMENTS FOR 30 DAYS** |

    Upon Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

    1.    The action is conditionally dismissed subject to the right of either party for thirty (30) days to reinstate the action by notice of this Court;

    2.    Florists Transworld Delivery, Inc.'s ("FTD") Subpoena to Yahoo! Inc. shall remain in effect until the expiration of the thirty (30) day reinstatement period and continuing thereafter should case no. 1:09-CV-5349 (N.D. Illinois) be appealed or otherwise reinstated;

/ / /

---

[PROPOSED] ORDER CONDITIONALLY DISMISSING SUBJECT TO ORDER FOR YAHOO! TO MAINTAIN SUBPOENAED DOCUMENTS FOR 30 DAYS -1:09-CV-05934
ACTION PENDING IN NORTHERN DISTRICT OF ILLINOIS
N.D. CAL-3:09-MC80289 SI

3. Roger Cohen's right to re-file the motion to quash is preserved;

4. Yahoo! Inc. is required to maintain the subpoenaed documents, if any exist, until the expiration of the thirty (30) day reinstatement period, and thereafter should case no. 1:09-CV-5349 (N.D. Illinois) be appealed or otherwise reinstated;

5. Should Roger Cohen re-file its motion to quash within 30 days after the earlier of reinstatement of this action or the appeal/reinstatement of case no. 1:09-CV-5349 (N.D. Illinois), Yahoo! is not required to produce documents, if any exist, until such motion to quash is decided by the Court;

6. The subpoena to Yahoo! will be moot upon the expiration of the periods during which this action and case no. 1:09-CV-5349 (N.D. Illinois) may be reinstated and during any appeal; and,

7. The Case Management Conference currently set for December 9, 2010 is VACATED.

IT IS SO ORDERED.

Dated: _____, 2010

_____
The Honorable Susan Illston
United States District Judge